| | |
|---|---|
| 1 | ROBERT E. BELSHAW (SBN 142028) |
| | OF COUNSEL |
| 2 | GUTIERREZ & ASSOCIATES |
| | 244 California St. Ste. 300 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 956-9590 |
| 4 | Facsimile: (415) 986-8606 |
| 5 | Attorneys for Plaintiff |
| | American Small Business League |
| 6 | |
| | MELINDA HAAG (CSBN 132612) |
| 7 | United States Attorney |
| | JOANN M. SWANSON (CSBN 88143) |
| 8 | Chief, Civil Division |
| | NEILL T. TSENG (CSBN 220348) |
| 9 | Assistant United States Attorney |
| 10 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| 11 | Telephone: (415) 436-7155 |
| | FAX: (415) 436-6927 |
| 12 | neill.tseng@usdoj.gov |
| 13 | Attorneys for Defendant |
| | UNITED STATES DEPARTMENT OF THE NAVY |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | ) | No. C 10-2150 JSW | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** | |
| v. | ) | | |
| | ) | | |
| UNITED STATES DEPARTMENT OF THE NAVY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference in this action, currently scheduled for September 17, 2010, at 1:30 p.m., will be continued to October 15, 2010, at 1:30 p.m. The joint case management conference statement will be filed no later than five (5) court days prior to the conference. The parties

STIP. TO CONTINUE DATE OF INITIAL CMC; [~~PROPOSED~~] ORDER
C 10-2150 JSW

1 | request and have stipulated to this continuance because counsel for the defendant will be out of
2 | state from September 17, 2010, through September 27, 2010, and unavailable to participate in the
3 | initial case management conference.

6 | DATED: September 2, 2010      By:      /s/
7 |                                     ROBERT E. BELSHAW
                                        Attorney for Plaintiff

9 |                                     MELINDA HAAG
                                        United States Attorney

12 | DATED: September 2, 2010      By:      /s/
                                        NEILL T. TSENG
13 |                                    Assistant United States Attorney
                                        Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

18 | DATED: September 3, 2010         _____
                                        HONORABLE JEFFREY S. WHITE
19 |                                    UNITED STATES DISTRICT JUDGE

STIP. TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 10-2150 JSW