| | |
|---|---|
| 1 | ROBERT E. BELSHAW (SBN 142028) |
| | OF COUNSEL |
| 2 | GUTIERREZ & ASSOCIATES |
| | 244 California St. Ste. 300 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 956-9590 |
| 4 | Facsimile: (415) 986-8606 |
| 5 | Attorneys for Plaintiff |
| | American Small Business League |
| 6 | |
| | MELINDA HAAG (CSBN 132612) |
| 7 | United States Attorney |
| | JOANN M. SWANSON (CSBN 88143) |
| 8 | Chief, Civil Division |
| | NEILL T. TSENG (CSBN 220348) |
| 9 | Assistant United States Attorney |
| 10 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| 11 | Telephone: (415) 436-7155 |
| | FAX: (415) 436-6927 |
| 12 | neill.tseng@usdoj.gov |
| 13 | Attorneys for Defendant |
| | UNITED STATES DEPARTMENT OF THE NAVY |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | ) ) | No. C 10-2150 JSW | |
| | ) | **SECOND STIPULATION TO** | |
| Plaintiff, | ) ) | **CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE;** | |
| v. | ) | **[PROPOSED] ORDER** | |
| | ) | | |
| UNITED STATES DEPARTMENT OF THE NAVY, | ) ) ) | | |
| Defendant. | ) ) | | |

Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference in this action, currently scheduled for October 15, 2010, at 1:30 p.m., will be continued to December 17, 2010, at 1:30 p.m. The joint case management conference statement will be filed no later than five (5) court days prior to the conference.

SECOND STIP. TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 10-2150 JSW

| | |
|---|---|
| 1 | This is the second request to continue the date of the initial case management conference. |
| 2 | The parties request and have stipulated to this continuance because defendant anticipates filing a |
| 3 | motion to dismiss the complaint on or before October 25, 2010, the date the answer is due.  The |
| 4 | parties agree that the initial case management conference should be continued so that there may |
| 5 | be an opportunity for the motion to be filed and heard beforehand, given its potential effect on |
| 6 | the remainder of the case. |

DATED:  October 7, 2010        By:        /s/
                                          ROBERT E. BELSHAW
                                          Attorney for Plaintiff


                                          MELINDA HAAG
                                          United States Attorney


DATED:  October 7, 2010        By:        /s/
                                          NEILL T. TSENG
                                          Assistant United States Attorney
                                          Attorneys for Defendant

**PURSUANT TO STIPULATION,** ~~IT IS SO ORDERED:~~   the Court HEREBY CONTINUES the case management conference to January 21, 2010 at 1:30 p.m.


DATED:  October 13, 2010                  _____
                                          HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

SECOND STIP. TO CONTINUE DATE OF INITIAL CMC; [~~PROPOSED~~] ORDER
C 10-2150 JSW