1  ROBERT E. BELSHAW (SBN 142028)
   OF COUNSEL
2  GUTIERREZ & ASSOCIATES
   244 California St. Ste. 300
3  San Francisco, California 94111
   Telephone: (415) 956-9590
4  Facsimile: (415) 986-8606

5  Attorneys for Plaintiff
   American Small Business League
6
   MELINDA HAAG (CSBN 132612)
7  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
8  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
9  Assistant United States Attorney

10    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
11    Telephone: (415) 436-7155
      FAX: (415) 436-6927
12    neill.tseng@usdoj.gov

13 Attorneys for Defendant
   UNITED STATES DEPARTMENT OF THE NAVY
14

15                    UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17                         SAN FRANCISCO DIVISION

18
   AMERICAN SMALL BUSINESS        )   No. C 10-2150 JSW
19 LEAGUE,                        )
                                  )   STIPULATION RE HEARING DATE
20        Plaintiff,              )   FOR MOTION TO DISMISS AND
                                  )   INITIAL CASE MANAGEMENT
21     v.                         )   CONFERENCE DATE; [PROPOSED]
                                  )   ORDER
22 UNITED STATES DEPARTMENT OF    )
   THE NAVY,                      )
23                                )
          Defendant.              )
24 _____)

25     Subject to the approval of the Court, the parties hereby stipulate that the hearing on

26 Defendant's Motion to Dismiss, which is currently set for January 28, 2011, at 9:00 a.m., will be

27 continued to February 11, 2011, at 9:00 a.m. The parties request this continuance because

28 defendant's counsel has been summoned for jury duty the week of January 24, 2011.

STIP RE HEARING DATE FOR MOTION TO DISMISS AND INITIAL CMC DATE; [PROPOSED] ORDER
C 10-2150 JSW

1  The parties also stipulate that the initial case management conference, which is currently set
2  for January 21, 2011, at 1:30 p.m., will be continued to March 18, 2011, at 1:30 p.m. The joint
3  case management conference statement will be filed no later than five (5) court days prior to the
4  conference. The parties request this continuance because they agree that the initial case
5  management conference will be most productive if it takes place after the motion to dismiss has
6  been heard and/or decided, as a decision on the motion may impact the legal or factual issues in
7  this case or dispose of this case entirely. This is the third request to continue the date of the
8  initial case management conference.

DATED: 10 JAN 11        By: _____
                             ROBERT E. BELSHAW
                             Attorney for Plaintiff

                             MELINDA HAAG
                             United States Attorney

DATED: 1/10/11          By: _____
                             NEILL T. TSENG
                             Assistant United States Attorney
                             Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: January 11, 2011     _____
                             HONORABLE JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE

STIP RE HEARING DATE FOR MOTION TO DISMISS AND INITIAL CMC DATE; [PROPOSED] ORDER
C 10-2150 JSW